02-11-151-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00151-CV 

 

 


 
 
 In re John William Hummel
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s “Petition For Writ Of Mandamus And/Or
Prohibition” and motion for emergency stay and is of the opinion that all relief
should be denied.  Accordingly, relator’s “Petition For Writ Of Mandamus And/Or
Prohibition” and motion for emergency stay are denied.

 

PER CURIAM

 

 

PANEL: 
GARDNER, MCCOY, and GABRIEL, JJ.

 

DELIVERED: 
April 27, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).